IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:18-CV-135-MOC-DCK

| | |
|---|---|
| RUSSELL B. LEWIS, | ) |
| Plaintiff, | ) |
| v. | ) ORDER |
| AETNA LIFE INSURANCE COMPANY, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding settlement of this case. The mediator, Calvin V. Bennett III, filed a "Certification Of Mediation Session" (Document No. 10) on August 16, 2018, notifying the Court that the parties reached a settlement prior to mediation. The Court commends the counsel and the parties for their efforts in resolving this matter.

**IT IS, THEREFORE, ORDERED** that the parties shall file a Stipulation of Dismissal in this case, or in the alternative request an extension of time to file such dismissal, on or before **September 17, 2018**.

**SO ORDERED**.

Signed: August 17, 2018

David C. Keesler
United States Magistrate Judge